JS - 6/ENTER

FILED
SEP - 1 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DURRELL PUCKETT,            )  Case No.  CV 09-8360-JST (MLG)
         Petitioner,        )
                            )           JUDGMENT
     v.                     )
                            )
DERRAL G. ADAMS, WARDEN,    )
                            )
         Respondent.        )
_____)

   IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: 8.31.10

Josephine Staton Tucker
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY